## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

RECOG IP LLC,

                    Plaintiff,

            v.

RECREATIONAL EQUIPMENT, INC.,
                    Defendant.

Case No.  6:22-cv-257-ADA

### ORDER OF DISMISSAL

This matter is before the Court upon the Parties' Stipulation of Dismissal with Prejudice. The Court has reviewed the stipulation and it is:

**ORDERED AND ADJUDGED** that all claims and counterclaims in this action asserted between Plaintiff Recog IP LLC and Defendant Recreational Equipment, Inc., are dismissed with prejudice with each Party to bear its own costs, expenses, and attorneys' fees.  The Court shall retain jurisdiction to enforce the terms of the settlement agreement.

SIGNED this fourteenth day of Sepember, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1